# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JELENA BERKELHAMMER § Case No. 14-30893
§ Hon. JACQUELINE P. COX
§ Chapter 7
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30am on 04/09/2015 in Courtroom 680, Dirksen Federal Building Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Clerk U. S. Bankruptcy Court
                                    (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF**  ILLINOIS
EASTERN DIVISION

In re:  JELENA BERKELHAMMER   § Case No. 14-30893
§ Hon. JACQUELINE P. COX
§ Chapter 7
§

Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $20,000.00 |
| *and approved disbursements of* | $50.01 |
| *leaving a balance on hand of* [1] | $19,949.99 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $19,949.99 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $2,750.00 | $0.00 | $2,750.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $12.97 | $0.00 | $12.97 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS (reduced fees) | $1,000.00 | $0.00 | $1,000.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS (reduced fees) | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| *Auctioneer, Expenses* | | | | |
| *Charges,* U.S. Bankruptcy Court | | | | |
| *Fees,* United States Trustee | | | | |
| Other | ARNSTEIN & LEHR LLP special counsel to trustee (reduced fees) | $11,920.90 | $0.00 | $11,920.90 |
| Other | ARNSTEIN & LEHR LLP special counsel to trustee (expenses) | $79.10 | $0.00 | $79.10 |

Total to be paid for chapter 7 administrative expenses:   $15,762.97
Remaining balance:   $4,187.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for          , Fees* | | | |
| *Attorney for          , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

Total to be paid for prior chapter administrative expenses:   $0.00
Remaining balance:   $4,187.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling ___$0.00___ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $4,187.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $46,966.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ROSENFELD HAFRON SHAPIRO & FARMER | $46,966.75 | $0.00 | $4,187.02 |

Total to be paid for timely general unsecured claims: $4,187.02
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 14-30893-JPC
Jelena Berkelhammer  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: arodarte    Page 1 of 1    Date Rcvd: Mar 06, 2015
                Form ID: pdf006    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2015.
```
db             +Jelena Berkelhammer,    1717 S. Prairie Ave. #1706,    Chicago, IL 60616-4334
aty            +Arnstein & Lehr LLP,    Arnstein & Lehr,    120 S Riverside Plaza Ste 1200,
                 Chicago, IL 60606-3941
aty            +Eugene J. Geekie,    Arnstein & Lehr LLP,    120 S. Riverside Plaza, Suite 1200,
                 Chicago, IL 60606-3941
22311642       +Bill Me Later,    P.O. Box 105658,    Atlanta, GA 30348-5658
22311643        Bk Of Amer,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
22311644       +Charles Berkelhammer,    1922 S. Prairie Ave.,    Chicago, IL 60616-1321
22311646       +Credit Protection Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
22311647        Dish Network,    P.O. Box 530714,    Atlanta, GA 30353-0714
22311648       +Howard Rosenfeld,    c/o Rosenfeld, Hafron, Shapiro,    221 N La Salle St Ste 1763,
                 Chicago, IL 60601-1405
22311649       +Marie Fahnert,    c/o Fahnert, LLC,    25 E Washington St Ste 1237,    Chicago, IL 60602-1853
22311650       +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6207
22311651       +Primary Financial Se,    3141 North 3rd Ave,    Phoenix, AZ 85013-4359
22739118       +Rosenfeld Hafron Shapiro & Farmer,    221 North LaSalle, Suite 1763,
                 Chicago, Illinois 60601-1461
22311652       +Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22311645       +E-mail/Text: legalcollections@comed.com Mar 07 2015 02:00:10      ComEd,   3 Lincoln Center,
                 Attn: Bankruptcy Section,   Oakbrook Terrace, IL 60181-4204
22311647        E-mail/Text: Bankruptcy.Consumer@dish.com Mar 07 2015 01:58:57      Dish Network,
                 P.O. Box 530714,   Atlanta, GA 30353-0714
22882498        E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2015 01:51:15      Synchrony Bank,
                 c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2015                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2015 at the address(es) listed below:
```
              Allan J DeMars    alland1023@aol.com
              Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
              Barry A Chatz    on behalf of Trustee Allan J DeMars bachatz@arnstein.com,    jbmedziak@arnstein.com
              Deborah K Ebner    on behalf of Debtor Jelena Berkelhammer dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Joshua G Miller    on behalf of Creditor   Rosenfeld Hafron Shapiro & Farmer
               jmiller@rhsflawfirm.com
              Kevin H Morse    on behalf of Trustee Allan J DeMars khmorse@arnstein.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 7
```