IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re Jelena Berkelhammer,

    Debtor.

Bankr. 14-30893

Chapter 7

Judge Cox

**Order on Matters at Docket Numbers 59, 60, 61 and 62**

The hearings on Trustee's Application for Compensation (dkt. no. 59); Trustee's Attorney's Application for Compensation (dkt. no. 60); Special Counsel's Application for Compensation (dkt. no. 61); and Trustee's Final Report (dkt. no. 62) are reset for hearing to Tuesday, April 14, 2015 at 9:30 a.m.

The April 9, 2015 hearing dates on the above matters are stricken.

Judge: *Jacqueline P. Cox*

Date: March 19, 2015