# UNITED STATES BANKRUPTCY COURT

NORTHERN      **DISTRICT OF** ILLINOIS

EASTERN DIVISION

In re:   JELENA BERKELHAMMER    §    Case No. 14-30893
                                          §    Hon. JACQUELINE P. COX
                                          §    Chapter 7
                                          §

             Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND
## APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS                          , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $5.00 | Assets Exempt: | $92,500.00 |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants: $4,187.02 | Claims Discharged Without Payment: | $72,560.59 |
| Total Expenses of Administration: $15,812.98 | | |

3) Total gross receipts of $20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2** ), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $15,812.98 | $15,812.98 | $15,812.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $81,380.86 | $46,966.75 | $46,966.75 | $4,187.02 |
| **TOTAL DISBURSEMENTS** | $81,380.86 | $62,779.73 | $62,779.73 | $20,000.00 |

4) This case was originally filed under chapter  7  on 08/22/2014 .

The case was pending for     9  months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/12/2015                    By: /s/ ALLAN J. DeMARS
                                          Trustee

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| non-exempt support; settlement | 1129-000 | $20,000.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $20,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | NONE | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo | 2600-000 | N/A | $50.01 | $50.01 | $50.01 |
| Allan J. DeMars | 2100-000 | N/A | $2,750.00 | $0.00 | $0.00 |
| Allan J. DeMars | 2200-000 | N/A | $12.97 | $12.97 | $12.97 |
| Allan J. DeMars | 3110-000 | N/A | $1,000.00 | $1,000.00 | $1,000.00 |
| Arnstein & Lehr LLP | 3210-600 | N/A | $11,920.90 | $11,920.90 | $11,920.90 |
| Arnstein & Lehr LLP | 3220-610 | N/A | $79.10 | $79.10 | $79.10 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,812.98 | $15,812.98 | $15,812.98 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Rosenfeld, Haffron, Shapiro & Farmer | 7100-000 | $51,600.00 | $46,966.75 | $46,966.75 | $4,187.02 |
| | 8 SCHEDULED WITH NO CLAIM FILED | 7100-000 | $29,780.86 | $0.00 | $0.00 | $0.00 |
| | | | | | | |

UST Form 101-7-TDR (10/1/2010)

| | | | |
|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $81,380.86 | $6,966.75 | $46,966.75 | $4,187.02 |

**EXHIBIT A — FORM 7**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No._14-30893_____

Case Name:_JELENA BERKELHAMMER____

For Period Ending:_3/31/15_____

Trustee Name:__Allan J. DeMars_____

Date Filed (f) or Converted (c):_8/22/14 (F)

§341(a) Meeting Date:_10/8/14____

Claims Bar Date:_1/9/15; GOVT 2/18/15____

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property)  Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Bank of Amer checking | 3,000.00 | 0.00 | | 0.00 | FA |
| 2  Bank of Amer savings | 5.00 | 0.00 | | 0.00 | FA |
| 3  furniture | 800.00 | 0.00 | | 0.00 | FA |
| 4  clothes | 500.00 | 0.00 | | 0.00 | FA |
| 5  jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 6  support oblicagion | 108,000.00 | 20,000.00 | | 20,000.00 | FA |

TOTALS (Excluding unknown values)                    20,000.00                    20,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing: settlement of objection to exemption claimed as a support obligation as opposed to a property settlement

EXHIBIT A @ FORM 2
## CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.:          14-30893                                    Trustee's Name:  Allan J. DeMars
Case Name:   JELENA BERKELHAMMER                              Bank Name:   WELLS FARGO
Taxpayer ID#:   XXXXXX4258                                     Initial CD #:   CDI
For Period Ending: 3/31/16                                     Blanket bond (per case limit):   5,000,000
                                                              Separate bond (if applicable):
                                                              Checking acct#: XXXXXX4282

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 2/4/15 | Ref 6 | Charles Berkelhammer on behalf of debtor | settlement relative to claim of exemption; issue property settlement v. support owed to debtor | 1129-000 | 20,000.00 | | 20,000.00 |
| 2/10/15 | | Wells Fargo | check printing charges | 2600-000 | | 50.01 | 19,949.99 |
| 4/14/15 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 2,750.00 | 17,199.99 |
| 4/14/15 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 12.97 | 17,187.02 |
| 4/14/15 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,000.00 | 16,187.02 |
| 4/14/15 | Check 1004 | Arnstein & Lehr LLP | attorney's fees to special counsel | 3210-600 | | 11,920.90 | 4,266.12 |
| 4/14/15 | Check 1005 | Arnstein & Lehr LLP | expenses | 3220-610 | | 79.10 | 4,187.02 |
| 4/14/15 | Check 1006 | Rosenfeld, Hafron, Shapiro & Farmer | 726(a)(2); 8.91485% | 7100-000 | | 4,187.02 | 0.00 |
| | | | | COLUMN TOTALS | 20,000.00 | 20,000.00 | 0.00 |
| | | | | Net | 20,000.00 | 20,000.00 | 0.00 |

```
                                              NET
TOTAL - ALL ACCOUNTS             NET  DEPOSITS    DISBURSEMENTS    BALANCES
Checking# XXXXXX4282                  20,000.00       20,000.00        0.00
                              Net     20,000.00       20,000.00        0.00
                                   Excludes account  Excludes payments  Total Funds
                                      transfers         to debtor        on Hand
```